```
                                    IT IS HEREBY ADJUDGED
                                    and DECREED this is SO
                                    ORDERED.
```

**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Dated: February 03, 2010



_____
**SARAH S. CURLEY**
U.S. Bankruptcy Judge
_____

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-27976/1317002746

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Douglas Faustino Da Silva and Leda Setsuko Higa<br>Debtors.<br>_____<br>U.S. Bank National Association, as Trustee for BAFC 2007-1<br>        Movant,<br>vs.<br>Douglas Faustino Da Silva and Leda Setsuko Higa, Debtors, David A. Birdsell, Trustee.<br>        Respondents. | No. 2:09-BK-27781-SSC<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #17) |

      Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

      IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated October 12, 2006 and recorded in the office of the Maricopa County Recorder wherein U.S. Bank National Association, as Trustee for BAFC 2007-1 is the current beneficiary and Douglas Faustino Da Silva and Leda Setsuko Higa have an interest in, further described as:

> LOT 208 OF CAMELBACK RANCH UNIT 2 ACCORDING TO BOOK 777 OF MAPS, PAGE 27, RECORDS OF MARICOPA COUNTY, ARIZONA.
> A.P.N. 102-90-662 5

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2010.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT